IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON THOMPSON, #217751, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:14-cv-461-MEF |
| ) | WO |
| KIM TOBIAS THOMAS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On July 9, 2014, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for plaintiff's failure to file the requisite fees or provide the court with financial information in compliance with the order of this Court.

DONE this the 6th day of August, 2014.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE